Joseph **MERANTE**, Plaintiff–Appellant,

v.

**LORAIN COUNTY COMMISSIONERS**, Defendant–Appellee.

No. 06–3347.

United States Court of Appeals, Sixth Circuit.

Feb. 2, 2007.

Richard N. Selby, Dworken & Bernstein, Painesville, OH, for Plaintiff–Appellant.

Carl E. Cormany, Mazanec, Raskin & Ryder, Cleveland, OH, M. Robert Flanagan, Office of the Prosecuting Attorney, for Defendant–Appellee.

Before: SUHRHEINRICH, GIBBONS, and COOK, Circuit Judges.

456

PER CURIAM.

Joseph Merante appeals the district court's order granting summary judgment for the Lorain County Commissioners. After reviewing the record, the parties' briefs, and the applicable law, this court determines that no jurisprudential purpose would be served by a panel opinion and affirms the district court's decision for the reasons stated in that court's opinion.